IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EQUAL EMPLOYMENT OPPORTUNITY       )
COMMISSION,                        )
COMPANY                            )
                                   )
            v.                     )            1:06CV00808
                                   )
T & D ELECTRIC COMPANY             )
OF BURLINGTON, INC.,               )

**ORDER**

It appearing to the court that action in this case as to

Defendant T & D Electric Company of Burlington, Inc. has been

stayed pending disposition of the proceedings in the Bankruptcy

Court which may become dispositive of this litigation,

**IT IS ORDERED** that the Clerk of Court terminate Defendant T

& D Electric Company of Burlington, Inc. administratively in the

court records and that any party shall have the right to reopen

this case as to Defendant T & D Electric Company of Burlington,

Inc. for any purpose on motion and notice to all parties, without

prejudice to the rights of any of the parties, at any time prior

to the 90th day after the final termination of the bankruptcy

proceedings.

This the 28th day of February 2007.

_____
United States District Judge